UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wagner Carabello Gonzalez,

                      Petitioner,

-against-

LaDeon Francis, In his official capacity) As Acting Field Office Director of New York) Immigration and Customs Enforcement,) Kristi NOEM In her official capacity as Secretary of Homeland Security; Pam Bondi) In her official capacity as Attorney general,

                      Respondents.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2025
```

25 Civ. 8250 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The undersigned ORDERS as follows: Petitioner's transfer or removal to any location outside the geographic operation of Immigration and Custom Enforcement's New York field office is ADMINISTRATIVELY STAYED pending further order of the Court. The Clerk of Court is respectfully directed to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued at the following email address: jeffrey.oestericher@usdoj.gov.

    SO ORDERED.

Dated: October 8, 2025
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge