UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wagner Carabello Gonzalez,

Petitioner,

-against-

LaDeon Francis, In his official capacity) As Acting
Field Office Director of New York) Immigration
and Customs Enforcement,) Kristi NOEM In her
official capacity as Secretary of Homeland Security;
Pam Bondi) In her official capacity as Attorney
general,

Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/1/2025_

25 Civ. 8250 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated October 19, 2025, the Court granted Petitioner Wagner Carabello Gonzalez's petition for a writ of habeas corpus and ordered his immediate release from custody. ECF No. 20. On October 20, 2025, Respondents filed a letter stating that they had complied with this Court's order and released Mr. Gonzalez from custody. ECF No. 21. Accordingly, the Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: December 1, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge