**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Wagner Carabello Gonzalez,

                        Petitioner,

           -against-

LaDeon Francis, In his official capacity) As Acting
Field Office Director of New York) Immigration and
Customs Enforcement,) Kristi NOEM in her official
capacity as Secretary of Homeland Security; Pam
Bondi) In her official capacity as Attorney general,

                     Respondents.
-------------------------------------------------------------X

25 **CIVIL** 8250 (AT)

**<u>JUDGMENT</u>**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 1, 2025, and by order dated October 19, 2025, the Court granted Petitioner Wagner Carabello Gonzalez's petition for a writ of habeas corpus and ordered his immediate release from custody. ECF No. 20. On October 20, 2025, Respondents filed a letter stating that they had complied with this Court's order and released Mr. Gonzalez from custody. ECF No. 21; accordingly, the case is closed.

**DATED:** New York, New York
          December 3, 2025

                                 **TAMMI M. HELLWIG**
                              _____
                                   **Clerk of Court**

            **BY:**          K. mango
                                   _____
                                   **Deputy Clerk**